UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA, DIVISION

DWAYNE POUSSON, TIMOTHY CLARK,
and those others that are
similarly situated,

    Plaintiffs,

v.

DIRECTV, INC. and DIRECTV HOME
SERVICES, INC.,

    Defendant,
_____/

Case No.: 3:10-CV-00523-MCR-EMT

COLLECTIVE ACTION

### NOTICE OF FILING
### ATTORNEY'S FEES TIME RECORDS FOR DECEMBER 2010 – UNSEALED

**NOTICE IS HEREBY GIVEN** that Jeremiah J. Talbott, P.A., attorney for the Plaintiffs, has filed its attorney's Time Records – Unsealed for time expended thru December 2010. The time records are summarized as follows:

| | | |
|---|---|---|
| Total Attorney Hours this Filing: | 1.30 | hours |
| Total Non Attorney Hours: | 0.50 | hours |
| Total Hours this Filing: | 1.80 | hours |

DATED this 14th day of **January, 2011.**

Respectfully submitted by:

/s/ JEREMIAH J. TALBOTT
_____
JEREMIAH J. TALBOTT, ESQ.
JEREMIAH J. TALBOTT, P.A.
245 E. Intendencia St.
Pensacola, FL 32502
FL Bar No.: 0154784
*Attorney for Plaintiffs*