UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA, DIVISION

DWAYNE POUSSON, TIMOTHY CLARK,
and those others that are
similarly situated,

       Case No.: 3:10-CV-00523-MCR-EMT

    Plaintiffs,

       COLLECTIVE ACTION

v.

DIRECTV, INC. and DIRECTV HOME
SERVICES, INC.,

    Defendant,
_____/

## NOTICE OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, the Plaintiffs hereby dismiss this civil action without prejudice. The opposing party has not filed an answer or a motion for summary judgment.

       /s/ Jeremiah J. Talbott
       _____
       JEREMIAH J. TALBOTT
       Fla. Bar No. 0154784
       The Law Office of Jeremiah J. Talbott, P.A.
       245 E. Intendencia Street
       Pensacola, Florida 32502
       (850) 437-9600
       JJ@talbottlawfirm.com
       Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was furnished to Benjamin Sharkey, Esquire, 245 E. Riverside Avenue, Suite 450, Jacksonville, Florida 32202 via electronic filing on February 9, 2011.

/s/ Jeremiah J. Talbott, Esquire
_____
Jeremiah J. Talbott, Esquire